IN THE CIRCUIT COURT
FOR THE ELEVENTH JUDICIAL CIRCUIT
LINCOLN, LOGAN COUNTY, ILLINOIS

ADAM W. YOUNG, )
  Plaintiff, )
 )
VS. ) Case No. 20L18
 )
 )
County of Logan, Logan )
County Sheriff Mark )
Landers, Superintendant )
Rod Boyd, Amy Woodrum, )
and Advanced Correctional )
Health Care, )
 )
  Defendants. )

FILED
MAY 28 2020
Mary Kelley
Clerk of the Circuit Court
Logan County, Illinois

<u>COMPLAINT TO SUE FOR INVASION OF PRIVACY,
PATIENT-PHYSICIAN BREACH, and violating the
ILLINOIS MENTAL HEALTH CONFIDENTIALITY
ACT</u>

NOW COMES the Plaintiff, Adam W. Young, on behalf of himself, Pro Se, and his 3 count complaint

(1)

Exhibit 1 to Notice of Removal

COPY

States as follows:

1.) That the Plaintiff is currently being held at the Logan County Jail which is in the Logan County Safety Complex at 911 Pekin St., Lincoln, Il.

2.) That Sheriff Mark Landers of Logan County is in charge of the Logan County Safety Complex and all of it's policies, rules, or unwritten rules that are enforced or ignored.

3.) That the Sheriff has appointed Rod Boyd as Superintendent of the Logan County Jail portion of the Logan County Safety Complex and all of it's policies, rules, or unwritten rules that are enforced or ignored.

4.) That the County of Logan must be named a Defendant due to any amount of monetary Damages issued; County of Logan will be responsible for Sheriff's portion, and or negotiations should they arise.

5.) That the Sheriff Mark Landers and Superintendent Rod Boyd do contract for Health and mental Health

(2)

Exhibit 1 to Notice of Removal

COPY

services from Advanced Correctional Healthcare located in Peoria, Il..

6.) That Amy Woodrum LPN does work for and represent Advanced Correctional Healthcare and it's rules or policies it chooses to ignore, enforce, etc..

7.) That this is a 3-Count Complaint:

a.) Count I: Invasion of Privacy on at least 4 occasions between 1-2020 & present the Plaintiff has repeatedly had his privacy violated each time he has gone to the office of Amy Woodrum of Advanced Corr. Health Care at the Logan County Jail in that there was at least 1-2 officers of the Logan County Jail present at all times despite the Plaintiff already handcuffed for security purposes. Making it very difficult to be 100% Honest with Healthcare due to a fear of confidentiality being broken as plaintiff had never given any consent at any time for anyone other than the nurse to be present during his exams. Showing willfull and wanton conduct and total disregard.

(2)

Exhibit 1 to Notice of Removal

COPY

b.) **Count II:** Patient Physician breach occurred each and every time by defendants when they refused to allow any privacy as well as any confidentiality on the plaintiffs mental health. Showing willful and wanton conduct.

c.) **Count III:** Violating the Illinois Mental Health Confidentiality Act each time plaintiff was forced to speak about his mental health issues to get help and doing so in front of 1-2 officers each time with absolutely no consent to be present. Preventing as well any comfortability with mental health professionals to be 100% honest in order to receive the proper treatment. Said Act is Illinois State law and specifically states a plaintiff can sue for monetary damages and ask for an injunction. Plaintiff has given no consent at any time to be present (anyone else) nor to know what mental health medications he may or may not be on currently. and officers have signed no agreement.

(4)

Exhibit 1 to Notice of Removal

She [COPY] willfull and wanton conduct in doing so.

8.) That the following Defendants are guilty of the following counts:
  a.) Sheriff Mark Landers, and Superintendent Rod Boyd Counts 1-3.
  b.) Advanced Correctional Healthcare and Amy Woodrum Counts 1-3.

9.) That the Plaintiff asks for monetary damages to be awarded in the amount of $10,000.00 for Sheriff Mark Landers, and $10,000.00 for Superintendent Rod Boyd for each count, a total of $60,000.00.

  a.) That the Plaintiff also asks for nonmonetary damages in: Proper privacy procedures at the Logan County Jail for Healthcare and Mental Health.

10.) That the Plaintiff asks for monetary damages to be awarded in

(5)

Exhibit 1 to Notice of Removal

COPY

the amount of $10,000.00 for Advanced Correctional Healthcare and $10,000.00 for Amy Woodrum LPN for each count, a total of $60,000.00.

a.) That the plaintiff also asks for non monetary Damages in: Proper privacy procedures at the Logan County Jail for Healthcare and mental Health.

11.) That the plaintiff has asked the Courts to decree the Defendants in Cause also liable for all fees and costs incurred in the above entitled Cause.

12.) That the plaintiff requests a trial by jury as soon as the Court is able.

13.) That the plaintiff has also asked the Court to appoint an attorney to represent him in these matters.

WHEREFORE the plaintiff prays this Honorable Court will:

(6)

Exhibit 1 to Notice of Removal

COPY

A.) Set the cause over for Jury Trial at the court's earliest convenience.
B.) Order deposition to be taken for discovery.
C.) Appoint an Attorney to represent plaintiff in this matter.
D.) Order Defendant's responsible to pay all fees and costs incurred in the above entitled cause.
E.) Grant any other such further Remedy that this Honorable Court deems necessary and just.

Respectfully Submitted,

*Adam W. Young*

Adam W. Young
911 Pekin St.
Lincoln, Il. 62656

OFFICIAL SEAL
THOMAS L. HENDRICKS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES JUL. 01, 2023

(7)

Exhibit 1 to Notice of Removal

## SUMMONS

IN THE CIRCUIT COURT OF LOGAN COUNTY, ILLINOIS
THE ELEVENTH JUDICIAL CIRCUIT

Adam Young

Plaintiff(s)

VS.

No. 20L18

County of Logan

Defendant(s)

To each of the above-named defendant(s):

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

Atten: E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office."

To the Officer: This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

WITNESS Mary Kelley, the Clerk of said Court, and the seal thereof, at Lincoln, Illinois this 2 day of June, 2020

Plaintiff's Attorney:
(or plaintiff, if he be not represented by attorney)
Adam Young
Address 911 Pekin St.
Lincoln, IL
Telephone No. 62656

Mary Kelley, Clerk

Date of Service: 06\02 20 20
(To be inserted by officer on copy left with defendant or person)

NOTICE TO DEFENDANTS
(1) Please see the Eleventh Judicial Circuit Rule 101 by visiting www.logancountyil.gov
(2) In any action for forcible detainer or for recovery of possession of tangible personal property, the summons shall be in the same form, but shall require each defendant to appear on a day specified in the summons not less than 7 or more than 40 days after the issuance of summons.
(3) If service is to be made under section 2 – 208 of the Code of Civil Procedure the return day shall be not less than 40 days or more than 60 days after the issuance of summons, and no default shall be taken until the expiration of 30 days after service.

Exhibit 1 to Notice of Removal